# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| SOUTHERN DISTRICT OF TEXAS | § |

I, David J. Bradley, Clerk of Court, of the United States District Court for the SOUTHERN DISTRICT OF TEXAS: DO HEREBY CERTIFY that

**Annette A. Idalski** Federal ID No **1130754**

was duly admitted to practice in said Court on **February 14, 2011**, and is in good standing as a member of the bar of said Court.

Dated January 6, 2012, at Houston, Texas.

Clerk of Court

By Cassandra Sonnier, Deputy Clerk